## First Department, October, 1935.

In the Matter of John C. Cunningham, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of William S. Miller, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Joseph S. Siegel, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of John Hanford, Appellant, to Review the Action of the Inspectors of Primary Elections of the Seventy-fifth Election District of the Twenty-third Assembly District, New York County, etc., against James F. Howe and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Motion for a stay denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Nettie Sperber, Appellant, to Review the Action of the Inspectors of Primary Elections of the Twenty-third Election District of the Twenty-third Assembly District, New York County, etc., against Jacob Alexander and Others, Inspectors of Elections, and Others, Respondents. — Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Ellsworth Standing, Appellant, to Review the Action of the Inspectors of Primary Elections of the Seventy-second Election District of the Twenty-third Assembly District, New York County, etc., against Frances Haas and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of John Blake, Appellant, to Review the Action of the Inspectors of Primary Elections of the Twenty-ninth Election District of the Twenty-third Assembly District, New York County, etc., against John Kennedy and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Gertrude Cohen, Appellant, to Review the Action of the Inspectors of Primary Elections of the Seventy-fourth Election District of the Twenty-third Assembly District, New York County, etc., against Patrick Duggan and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.